IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OKLAHOMA

DJUAN PRESTON WILLIAMS,           )
                                  )
             Plaintiff,           )
                                  )
vs.                               )   Case Number CIV-21-598-C
                                  )
BRIAN BUSH, et al.,               )
                                  )
             Defendants.          )

## JUDGMENT OF DISMISSAL

Upon consideration of the pleadings herein, and the Court's accompanying Order of Dismissal,

IT IS ORDERED, ADJUDGED, AND DECREED that this action be and the same is hereby dismissed without prejudice.

DATED this 25th day of August 2021.

*[signature]*
ROBIN J. CAUTHRON
United States District Judge